Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Graham G. Lambert, SBN 303056
(gl@haffnerlawyers.com)
HAFFNER LAW PC
445 South Figueroa St., Suite 2325
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for Plaintiff,
FRANK LEITZBACH

Robert R. Roginson, CA Bar No. 185286
robert.roginson@ogletreedeakins.com
Evan R. Moses, CA Bar No. 198099
evan.moses@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Christopher J. Archibald, CA Bar No. 253075
Christopher.Archibald@ogletreedeakins.com
Hanna B. Raanan, CA Bar No. 261014
hanna.raanan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714.800.7900
Facsimile:   714.754.1298

Attorneys for Defendant,
ATLAS VAN LINES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK LEITZBACH, an individual; on behalf of himself and all other similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>ATLAS VAN LINES, INC.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. CV 16-8790-GW(Ex)<br><br>**ORDER RE: JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT;**<br><br>Complaint Filed: October 25, 2016<br>Removal Date:  November 28, 2016<br>Trial Date:  None<br>District Judge:  Hon. George H. Wu<br>Magistrate Judge: Hon. Charles F. Eick |

1

[PROPOSED] ORDER RE: JOINT STIPULATION TO FILE SECOND
AMENDED COMPLAINT;

## ORDER

The Court, having reviewed the parties' Joint Stipulation to Continue Motion for Class Certification, and good cause appearing, orders as follows:

1. The Second Amended Complaint filed on November 27, 2017 [43] shall be the operative complaint for purposes of settlement.

**IT IS SO ORDERED.**

Dated: November 29, 2017   By: _George H. Wu_
GEORGE H. WU, U.S. District Judge